

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Bruce Berg, Stuart Cartner, Kevin Doyle, Walter Haydock, Edward Leh, Kevin Murphy, Philip Schantz, DAIS Partners, L.P., Singer Bros., L.L.C., Skeleton Lake, L.L.C., and Wildcat Lake Partners, Appellants

No. 06-14-00021-CV      v.

Halo Companies, Inc., Halo Asset Management, L.L.C., Halo Portfolio Advisors, L.L.C., B. Cade Thompson, Paul Williams, Reif Chron, Tony Chron, Halo Asset Management Genpar II, LLC, and Halo Group, Inc., Appellees

Appeal from the 191st District Court of Dallas County, Texas (Tr. Ct. No. DC-11-15415). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we simultaneously reinstate and dismiss this appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED NOVEMBER 6, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk